**Appeal No.  2024AP2532**
Cir. Ct. No.  2019TP19

**STATE OF WISCONSIN**

**IN COURT OF APPEALS**
**DISTRICT III**

---

IN RE THE TERMINATION OF PARENTAL RIGHTS TO L. L. S.-
P., A PERSON UNDER THE AGE OF 18:

S. S. AND L. S.,

    PETITIONERS-RESPONDENTS,

  V.

A. S.-P.,

    RESPONDENT-APPELLANT,

M. P.,

    RESPONDENT.

FILED
October 15,
2025

Samuel A. Christensen
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. John P. Zakowski
Circuit Court Judge
Electronic Notice

John VanderLeest
Clerk of Circuit Court
Brown County Courthouse
Electronic Notice

Megan M. Carollo
Electronic Notice

Heather M. Claringbole
Electronic Notice

Colleen Marion
Electronic Notice

Ann C. Weiss
Electronic Notice

Katelyn M. Quigley
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to the Appeal Line in the above-captioned opinion which was released on September 23, 2025. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.